UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALAURA FLORES,

                Plaintiff,

v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SERVICES STATE OF NEW YORK,

                Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 4542 (VB)

       As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

       1.     The parties are instructed to continue discussing settlement in good faith. By no later than **March 17, 2022**, counsel shall submit a joint letter regarding the status of their discussions and whether there is anything the Court can do to assist in that regard.

       2.     The next status conference in this case is scheduled for **March 24, 2022, at 2:30 p.m.**, to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

       **Number**: (888) 363-4749 (toll-free) or (215) 446-3662

       **Access Code**: 1703567

Dated: January 21, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge