UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALAURA FLORES,
             Plaintiff,

v.                                                         **ORDER**

NEW YORK STATE DEPARTMENT OF              19 CV 4542 (VB)
CORRECTIONS AND COMMUNITY
SERVICES STATE OF NEW YORK,
             Defendant.
----------------------------------------------------------------x

       As discussed at a conference held today, which counsel for both parties attended by telephone, it is HEREBY ORDERED:

       1.     The parties are instructed to continue discussing settlement in good faith.

       2.     By **April 7, 2022**, counsel shall submit a joint letter confirming whether the parties consent to conduct all further proceedings before the assigned Magistrate Judge.

       3.     The next status conference in this case is scheduled for **May 6, 2022, at 10:00 a.m.**, to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

      **Number**: (888) 363-4749 (toll-free) or (215) 446-3662

      **Access Code**: 1703567

       4.     Jury selection and trial is <u>tentatively</u> scheduled to begin on **July 18, 2022, at 9:30 a.m.**, as a back-up to another trial currently scheduled for same date. The Court will provide the parties as much notice as possible as to whether the trial in this matter will proceed on July 18.

       5.     The parties' proposed joint pretrial order is due is **June 3, 2022**. (<u>See</u> Paragraph 4.A of the Court's Individual Practices).

       6.     The due date for the parties to file proposed <u>voir</u> <u>dire</u>, any motions <u>in</u> <u>limine</u>, joint proposed jury instructions, and a joint verdict form is **June 27, 2022**. (<u>See</u> Paragraph 4.B of the Court's Individual Practices). The due date for oppositions to motions <u>in</u> <u>limine</u> is **July 7, 2022**.

7. A final pre-trial conference is scheduled for **July 15, 2022, at 11:00 a.m.**, in Courtroom 620 of the White Plains Courthouse.

Dated: March 24, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge