UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALAURA FLORES,

                              Plaintiff,                      **TRIAL ORDER**

          -against-                                            19 Civ. 4542 (JCM)

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY SERVICES
STATE OF NEW YORK,

                              Defendant.
-----------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on July 5, 2022 in Courtroom 421. Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by May 27, 2022. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by May 27, 2022.

4. Proposed jury instructions and a proposed verdict form must be filed by May 27, 2022. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

5. Any motions *in limine* shall be filed by May 27, 2022.

6. Responses to motions *in limine* must be filed by June 3, 2022.

7. Final Pre-Trial Conference will be held on June 15, 2022 at 10:00 a.m. in Courtroom 421.

        The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. <u>Counsel shall also provide the Court with courtesy copies of all exhibits in both electronic and hard-copy formats, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.</u>

Dated: May 6, 2022
        White Plains, New York

                                                                 **SO ORDERED:**

                                                                 JUDITH C. McCARTHY
                                                                 United States Magistrate Judge